# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00463-CV

**Don Titel and Carol Titel, Appellants**

**v.**

**Morris G. Melchor and Lisa Melchor, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C1-CV-14-004232, HONORABLE J.DAVID PHILLIPS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants' brief was originally due on October 13, 2014, and we granted a first extension for 90 days. In their second motion for extension of time, appellants informed this Court that portions of the trial court clerk's record, which are necessary for the appeal, were missing, and asked for an extension of 60 days from the date a supplemental clerk's record is filed. We granted in part the second motion for extension of time, making their brief due on February 2, 2015. A supplemental clerk's record was filed on February 10, 2015, but in the meantime appellants' brief has become overdue. Appellants have now filed a third motion for extension of time requesting 30 days from the date the supplemental clerk's record was filed. We grant appellants' motion, making the new deadline for filing a brief March 12, 2015. No further extensions will be granted.

It is ordered February 20, 2015.

Before Justices Puryear, Pemberton, and Bourland